321 U.S. 751
 64 S.Ct. 639
 88 L.Ed. 1052
 Richard VAUGHN, d. b. a. Vaughn's Used Cars, appellant,
v.
The BOARD of POLICE COMMISSIONERS of the CITY of LOS ANGELES.
 No. 698.
 Supreme Court of the United States
 March 6, 1944
 
 Messrs. Albert G. Bergman and Bates Booth, for appellant.
 Messrs. Ray L. Chesebro, Frederick von Schrader, and Edwin F. Shinn, for appellees.
 PER CURIAM.
 
 
 1
 The appeal is dismissed for want of a substantial federal question. (1) Hall v. Geiger-Jones Co., 242 U.S. 539, 552-554, 37 S.Ct. 217, 61 L.Ed. 480, L.R.A.1917F, 514, Ann.Cas.1917C, 643; Lehman v. Board of Accountancy, 263 U.S. 394, 398, 44 S.Ct. 128, 68 L.Ed. 354; cf. Nash v. United States, 229 U.S. 373, 376-377, 33 S.Ct. 780, 57 L.Ed. 1232; (2) Caldwell v. Texas, 137 U.S. 692, 698, 11 S.Ct. 224, 34 L.Ed. 816; Bergemann v. Backer, 157 U.S. 655, 656, 15 S.Ct. 727, 39 L.Ed. 845; cf. Dohany v. Rogers, 281 U.S. 362, 369, 50 S.Ct. 299, 74 L.Ed. 904, 68 A.L.R. 434; (3) Cincinnati, N. O. & T. P. R. Co. v. Slade, 216 U.S. 78, 83, 30 S.Ct. 230, 54 L.Ed. 390; Mobile, Jackson & K. C. R. Co. v. Mississippi, 210 U.S. 187, 204, 28 S.Ct. 650, 52 L.Ed. 1016.